odsmbnc (03/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Barbara A Vickers

Debtor(s)

Bankruptcy Proceeding No.  10–81721–TLS
Chapter  13

Judge:  Thomas L. Saladino

**ORDER DISMISSING CASE**

Case dismissed for failure to comply with previous order of the court.

Dated:  November 1, 2010

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Copies mailed to all creditors and parties in interest.